# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PLANNED PARENTHOOD OF THE COLUMBIA/WILLAMETTE, INC., et al.,**

    **Plaintiffs,**

v.

**MICHAEL BRAY, et al.,**

    **Defendants.**

**CASE NO. 2:05-mc-002**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Terence P. Kemp**

## ORDER

This matter came before the Court for an oral hearing on Plaintiffs' Motion to Proceed with the Sale of Personal Property Contained on Defendants' Computer Hard Drives (Doc. No. 93) on September 18, 2012. Plaintiffs seek to sell at auction documents found on Defendant Michael Bray's computer hard drives to satisfy a judgment against him. The United States Marshal is currently in possession of the computer hard drives.

This Court scheduled the oral hearing, directing Plaintiffs to be prepared to discuss the classification system they used to sort the documents found on Bray's computer hard drives and the documents that have been placed in each category. (Doc. No. 95.) At the hearing, Plaintiffs explained that there are three categories of documents that were found on Bray's computer hard drive. The first category contains website components that are of no value. The second category consists of personal or private information, for example correspondence related to Bray's children and family photographs. Plaintiffs do not seek to sell these items. The third category contains writings and communications regarding Bray's involvement in the anti-abortion movement. These are the items Plaintiffs seeks to sell at auction. The Court grants Plaintiff's

request, which shall be effectuated as follows:

1. Plaintiff shall submit to this Court and to Bray all of the items contained in the third category by September 25, 2012.

2. Bray shall have until October 22, 2012 to review those documents.

3. Counsel for the parties are to discuss any objections Bray has to any of the documents proposed for sale.

4. If the parties cannot agree on whether a certain document should be sold, the Court will make the determination at a hearing scheduled for **November 20, 2012, at 10 a.m.** At least two business days before that hearing, the parties are to contact the Court and specify the documents at issue.

5. If counsel settle their disagreements on whether a certain document should be included for sale, they shall contact that Court and indicate their agreement and the Court will vacate the November 20, 2012 hearing.

6. Once a determination has been made as to what items will be sold, the remaining items will be returned to Bray.

Accordingly, the Court **GRANTS** Plaintiffs' Motion to Proceed with the Sale of Personal Property Contained on Defendants' Computer Hard Drives (Doc. No. 93) in accordance with this Opinion and Order.

**IT IS SO ORDERED.**

\_\_9-21-2012_____
**DATE**

\_\_\_\_\_/s/_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

2