UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PLANNED PARENTHOOD OF THE
COLUMBIA/WILLAMETTE, INC., et al.,
    Plaintiffs,

v.

MICHAEL BRAY, et al.,
    Defendants.

CASE NO. 2:05-mc-002
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

### ORDER

This matter came before the Court for an oral hearing on Plaintiffs' Motion to Proceed with the Sale of Personal Property Contained on Defendants' Computer Hard Drives (Doc. No. 93) on September 18, 2012. As a result of that hearing, the Court ordered to parties to discuss the items that will be sold at auction to satisfy a judgment against Defendant Michael Bray. In the event the parties could not agree on whether a certain document should be sold, the Court scheduled a hearing for **November 20, 2012, at 10 a.m.** to consider the disputed documents. The parties have jointly contacted the Court asking for a brief continuance of this hearing so that they may brief an issue that effects a large number of the documents Defendant requests to sell.

Based on this request, the Court hereby **VACATES** the November 20, 2012 hearing. The Court shall permit the parties to brief the issue regarding the disputed documents as follows: Mr. Bray shall file his brief on or before December 7, 2012 and title the document as a motion, and Plaintiff shall have until December 14, 2012 to file its response to Bray's motion. The Court will reschedule the oral hearing upon its disposition of Mr. Bray's motion.

    **IT IS SO ORDERED.**

11-19-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE